# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Martin C. Ashman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 CR 388 - 1 | DATE | 5/14/2008 |
| CASE TITLE | USA vs. Jesus Ivan Vazquez-Ramirez | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held on 5/14/2008. Defendant appears in response to arrest on 5/14/2008. Defendant informed of his rights. Gerald J. Collins is appointed as counsel for defendant. Government seeks detention. Preliminary examination hearing and detention hearing set for 5/16/2008 at 12:00 p.m. Defendant to remain in custody pending further court proceedings.

Docketing to mail notices.

00:08

| | Courtroom Deputy Initials: | IS |
|---|---|---|