
## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**FILED**
MAY 14 2008
MARTIN C. ASHMAN
UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT

In the Matter of
United States of America
v.
Jesus Ivan Vazquez-Ramirez

Case Number: 08 CR 388-1

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Jesus Ivan Vazquez-Ramirez

| | |
|---|---|
| **NAME (Type or print)** | |
| Gerald J. Collins | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically) | |
| s/ Gerald J. Collins | |
| **FIRM** | |
| Gerald J. Collins | |
| **STREET ADDRESS** | |
| 100 West Monroe Street, Suite 1310 | |
| **CITY/STATE/ZIP** | |
| Chicago, IL 60603 | |
| **ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)** | **TELEPHONE NUMBER** |
| 0488089 | (312) 641-1950 |

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? YES ✓ NO ☐

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? YES ✓ NO ☐

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? YES ✓ NO ☐

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? YES ✓ NO ☐

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ✓