# FINANCIAL AFFIDAVIT

**CJA 23** (Rev. 5/98)

### IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

| IN UNITED STATES | ☐ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below) | LOCATION NUMBER |
|---|---|---|

IN THE CASE OF

*United States* VS. _____ FOR *Northern*

FILED MAY 14 2008 *I L N D*

PERSON REPRESENTED (Show your full name)  *Jesus Ivar Vazquez Ramirez*

MARTIN C. ASHMAN
UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT

1 ☒ Defendant – Adult
2 ☐ Defendant – Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other (Specify)

**DOCKET NUMBERS**
Magistrate: 08 cr 388-1
District Court: 08 CR 388-1
Court of Appeals:

CHARGE/OFFENSE (describe if applicable & check box →) ☒ Felony ☐ Misdemeanor
*Poss of C/S w/ Intent to Distribute*
*21 USC 841*

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOYMENT**

Are you now employed? ☐ Yes ☒ No ☐ Am Self Employed

Name and address of employer: _____

**IF YES,** how much do you earn per month? $ _____

**IF NO,** give month and year of last employment
How much did you earn per month? $ _____

If married is your Spouse employed? ☐ Yes ☐ No

**IF YES,** how much does your Spouse earn per month? $ _____

If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**OTHER INCOME**

Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☒ No

| RECEIVED | SOURCES |
|---|---|

IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY $ _____ THE SOURCES _____

**CASH**

Have you any cash on hand or money in savings or checking account ☐ Yes ☒ No  IF YES, state total amount $ _____

**PROPERTY**

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☒ No

| VALUE | DESCRIPTION |
|---|---|

IF YES, GIVE THE VALUE AND $ _____ DESCRIBE IT _____

**OBLIGATIONS & DEBTS**

**DEPENDENTS**

MARITAL STATUS:
☒ SINGLE
☐ MARRIED
☐ WIDOWED
☐ SEPARATED OR DIVORCED

Total No. of Dependents: 2

List persons you actually support and your relationship to them

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditors | Total Debt | Monthly Payt. |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) *May 14, 2008*

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶


X *Jesus Ivan Vazquez Ramirez*