UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No.   08 CR 388 |
| | ) | |
| v. | ) | |
| | ) | |
| IVAN JESUS VAZQUEZ-RAMIREZ | ) | Acting Chief Judge Hibbler |

**GOVERNMENT'S UNOPPOSED FIRST MOTION FOR AN EXTENSION OF TIME TO RETURN INDICTMENT PURSUANT TO 18 U.S.C. § 3161(h)**

The UNITED STATES OF AMERICA, by its attorney, PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, respectfully moves this Court, pursuant to 18 U.S.C. § 3161(h)(8), for a 30-day extension of time, to and including July 12, 2008, in which to seek the return of an indictment against the defendant, for the following reasons:

1. On or about May 13, 2008, defendant was arrested and charged by criminal complaint with the knowing possession with the intent to distribute over one kilogram of heroin, in violation of Title 21, United States Code, Section 841(a)(1). Defendant was arrested after Agents conducted a consensual search of his apartment. During that search, Agents found and seized, among other things, approximately nine kilograms of suspected heroin, large amounts of United States Currency, drug paraphernalia, and a firearm. Located in the common area outside of defendant's apartment, Agents found and seized approximately three kilograms of cocaine and an additional large sum of United States Currency.

2. A number of factors have led to the government's request for an extension. Those factors include the need to analyze all evidence seized from in or around defendant's apartment, including extensive fingerprint analysis, and the need to analyze evidence seized pursuant to search

warrants obtained subsequent to defendant's arrest. The remaining factors are enumerated in the Attachment.

3. Thus, the thirty days available to the government pursuant to Title 18, United States Code, Section 3161(b) in which to file an indictment or information against a defendant based on his arrest will not be sufficient. The United States estimates that a 30-day extension from the current expiration date of June 12, 2008, to and including July 12, 2008, will be sufficient time within which to return an indictment in this matter.

4. Among the factors identified by Congress as relevant to the determination of whether time should be extended for indictment are those set forth in 18 U.S.C. § 3161(h)(8)(B), which provide in relevant part:

> Whether, in a case in which arrest precedes indictment, delay in the filing of the indictment is caused because . . . the facts upon which the grand jury must base its determination are unusual or complex; [and]
>
> Whether the failure to grant such continuance in a case which, taken as a whole, is not so unusual or so complex as to fall within clause (ii), . . . would deny counsel for . . . the government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

18 U.S.C. §§ 3161(h)(8)(B)(iii), (iv).

5. The government respectfully submits that the 30-day continuance is warranted in this case pursuant to the forgoing provisions. The government has been conducting a diligent and thorough investigation in this case, but the investigation includes analysis of a significant amount of evidence. The government cannot complete its investigation and appropriately conclude the investigation within the time allowed under Section 3161(b) of the Speedy Trial Act as currently extended.

6. Counsel for the government spoke to counsel for defendant regarding this Motion on June 4, 2008. Counsel for defendant indicated that he does not oppose this Motion.

WHEREFORE, the United States respectfully requests a 30-day extension of time from to June 12, 2008 to July 12, 2008 in which to seek an indictment in this case.

           Respectfully submitted,

           PATRICK J. FITZGERALD
           United States Attorney


By: /s/ Bethany K. Biesenthal
     Bethany K. Biesenthal
     Assistant United States Attorney
     United States Attorney's Office
     219 South Dearborn Street
     Chicago, Illinois 60604
     (312) 886-7629

Dated: June 5, 2008

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that the following documents:

**Government's Unopposed First Motion for an Extension of Time to Return Indictment Pursuant to 18 U.s.c. § 3161(h)**

were served on June 5, 2008, in accordance with FED. R. CRIM. P. 49, FED. R. CIV. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

/s/ Bethany K. Biesenthal
BETHANY K. BIESENTHAL
Assistant United States Attorney
United States Attorney's Office
219 South Dearborn Street
Chicago, Illinois  60604
(312) 886-7629
