Order Form (01/2005)

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James F. Holderman | Sitting Judge if Other than Assigned Judge | William J. Hibbler |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 388 | **DATE** | 6/5/2008 |
| **CASE TITLE** | U.S.A. vs. VAZQUEZ-RAMIREZ | | |

**DOCKET ENTRY TEXT**

Government's unopposed first motion for an extension of time until 7/12/08 to return indictment pursuant to 18 U.S.C. 3161(h) is granted. Enter Order.

#6

■ [ For further detail see separate order(s).]

Notified counsel by telephone.

| | Courtroom Deputy Initials: | JHC |
|---|---|---|

2008 JUN -6 PM 7:51

FILED-EDIL

U.S. DISTRICT COURT
CLERK