U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                          Case Number: 08 CR 388

UNITED STATES OF AMERICA

v.

IVAN JESUS VAZQUEZ-RAMIREZ

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

IVAN JESUS VAZQUEZ-RAMIREZ

| NAME (Type or print) |
| --- |
| RICHARD M. BEUKE |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Richard M. Beuke |
| FIRM |
| LAW OFFICE OF RICHARD M. BEUKE |
| STREET ADDRESS |
| 53 W. JACKSONSON BLVD SUITE 1410 |
| CITY/STATE/ZIP |
| CHICAGO IL 60604 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| ARDC #3126841 | 312-427-3050 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| --- | --- | --- |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ✓     APPOINTED COUNSEL ☐