UNITED STATES DISTRICT DOURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | 08 CR 388 |
| | ) | |
| IVAN JESUS VAZQUEZ-RAMIREZ | ) | |

## NOTICE OF FILING

To: Bethany K. Biesennthal
U.S. Attorney's Office
219 S. Dearborn 5th Floor
Chicago IL 60604

**PLEASE TAKE NOTICE** that on Tuesday, June 10, 2008, I caused to be filed with the Clerk of the Northern District of Illinois, Eastern Division, Chicago, Illinois, the attached DEFENDANT'S APPEARANCE.

## CERTIFICATE OF SERVICE

I, **Richard M. Beuke**, an attorney, certify under penalties of perjury as approved by law pursuant to Ill.Rev.Stat.Ch.110, par.1-109, that on 06/10/07 I served the above and foregoing Appearance, on the persons shown above at the address shown therein by depositing same via-hand delivered to same.

Richard M. Beuke
Attorney at Law
53 West Jackson Blvd.
Suite 1410
Chicago, Illinois 60604
(312) 427-3050
ARDC #3126841