UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff | ) | No. 08 CR 388 |
| | ) | Magistrate Judge Ashman |
| vs. | ) | |
| | ) | |
| JESUS IVAN VAZQUEZ-RAMIREZ, | ) | |
| | ) | |
| Defendant | ) | |

## MOTION TO WITHDRAW

NOW COMES GERALD J. COLLINS, attorney at law, and respectfully moves to withdraw as attorney of record for the defendant, JESUS IVAN VAZQUEZ-RAMIREZ. In support thereof, GERALD J. COLLINS states as follows:

1. That on May 14, 2008, counsel was appointed to represent the defendant pursuant to the Criminal Justice Act.

2. That attorney RICHARD M. BEUKE has been privately retained to represent the defendant.

3. That attorney BEUKE has filed his Appearance on behalf of the defendant.

WHEREFORE, GERALD J. COLLINS respectfully moves to withdraw as attorney of record for the defendant, JESUS IVAN VAZQUEZ-RAMIREZ.

Respectfully submitted,

s/ Gerald J. Collins
GERALD J. COLLINS

GERALD J. COLLINS
100 West Monroe Street, Suite 1310
Chicago, IL 60603