UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff | ) ) | |
| | ) | No. 08 CR 388 |
| vs. | ) | Magistrate Judge Ashman. |
| | ) | |
| JESUS IVAN VAZQUEZ-RAMIREZ | ) ) | |
| Defendant | ) | |

## NOTICE OF FILING

TO:   Bethany K. Biesennthal
    Assistant United States Attorney
    United States Attorneys Office
    219 South Dearborn Street
    Chicago, IL 60604

    PLEASE TAKE NOTICE that on June 12, 2008, I have caused to be filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, at Chicago, Illinois, the attached **MOTION TO WITHDRAW**, a copy of which is served upon you.

                    s/ Gerald J. Collins
                    GERALD J. COLLINS


GERALD J. COLLINS
Attorney at Law
100 West Monroe, Suite 1310
Chicago, IL 60603
(312) 641-1950

## CERTIFICATE OF SERVICE

      The undersigned, GERALD J. COLLINS, attorney at law, certifies that in accordance with FED. R. CRIM. P. 49, LR5.5, and the General Order on Electronic Case Filing (ECF), the following documents:

### MOTION TO WITHDRAW

were served pursuant to the district court's ECF system as to ECF filers, on June 12, 2008, and if any, were sent by first-class mail or by hand deliver to non-ECF filers.

                                                s/Gerald J. Collins
                                                GERALD J. COLLINS

GERALD J. COLLINS
Attorney at Law
100 West Monroe Street, Suite 1310
Chicago, IL 60603
(312) 641-1950