# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Martin C. Ashman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 388 - 1 | **DATE** | 6/13/2008 |
| **CASE TITLE** | USA vs. Jesus Ivan Vazquez-Ramirez | | |

**DOCKET ENTRY TEXT**

Gerald J. Collins' motion to withdraw as appointed counsel for defendant [12] is granted. Richard M. Beuke has filed his appearance as retained counsel for defendant.

Docketing to mail notices.

| | Courtroom Deputy Initials: | IS |
|---|---|---|