Minute Order Form (06/97)

# United States District Court, Northern District of Illinois

08 GJ 541

LI

| Name of Assigned Judge or Magistrate Judge | **JUDGE GOTTSCHALL** | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 CR 0388 | DATE | July 10, 2008 |
| CASE TITLE | US v. JESUS IVAN VAZQUEZ-RAMIREZ, and CARLOS BELTRAN | | |

MOTION: [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**GRAND JURY PROCEEDING**     **MAGISTRATE JUDGE ASHMAN**

The Grand Jury for the SPECIAL ~~JUNE 2007~~ FEBRUARY 2008-2 Session, a quorum being present, returns the above-entitled indictment in open Court this date before

Judge or Magistrate Judge _____

DOCKET ENTRY:

NO BOND SET, DETAINED BY MAGISTRATE AS TO JESUS IVAN VAZQUEZ-RAMIREZ. TO ISSUE BENCH WARRANT AND SET PRELIMINARY BAIL AT $4500.00 AND THAT DEFENDANT BE ALLOWED TO SIGN OWN RECOGNIZANCE BOND AS TO CARLOS BELTRAN.

FILED

JUL 10 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

SIGNATURE OF JUDGE _____   (ONLY IF FILED
OR MAGISTRATE JUDGE                              UNDER SEAL)

| | | | | Number of notices | DOCKET# |
|---|---|---|---|---|---|
| | No notices required, advised in open court. | | | | |
| | No notices required. | | | Date docketed | |
| | Notices mailed by judge's staff. | | | Docketing dpty. initials | |
| | Notified counsel by telephone. | | | | |
| | Docketing to mail notices. | | | Date mailed notice | |
| | Mail AO 450 form. | | | Mailing dpty. initials | |
| | Copy to judge/magistrate judge. | | | | |
| | Courtroom Deputy Initials | Date/time received in Central Clerk's office | | | |