# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Joan B. Gottschall | **Sitting Judge if Other than Assigned Judge** | Martin C. Ashman |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 388 - 1 | **DATE** | 7/24/2008 |
| **CASE TITLE** | USA vs. Jesus Ivan Vazquez-Ramirez | | |

**DOCKET ENTRY TEXT**

Arraignment and plea set for 8/4/2008 at 10:30 a.m., before Magistrate Judge Ashman in courtroom 1386.

Docketing to mail notices.
*Copy to judge/magistrate judge.

| | Courtroom Deputy Initials: | IS |
|---|---|---|