UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No.  08 CR 388 |
| | ) | |
| v. | ) | Judge Joan B. Gottschall |
| | ) | |
| CARLOS BELTRAN and | ) | |
| JESUS IVAN VAZQUEZ-RAMIREZ | ) | |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on Thursday, September 4, 2008, at 9:30 a.m. or as soon thereafter as counsel may be heard, I will appear before Judge Joan B. Gottschall in the courtroom usually occupied by her in the Everett McKinley Dirksen Building, 219 South Dearborn Street, Room 2325, Chicago, Illinois, or before such other judge who may be sitting in her place and stead, and then and there present the **GOVERNMENT'S UNOPPOSED MOTION TO EXCLUDE TIME**, at which time and place you may appear if you see fit.

By:   /s/Bethany K. Biesenthal
BETHANY K. BIESENTHAL
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 886-7629