UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
Eastern Division

UNITED STATES OF AMERICA
                                              Plaintiff,

v.                                                                     Case No.: 1:08−cr−00388
                                                                       Honorable Joan B. Gottschall

Jesus Ivan Vazquez−Ramirez, et al.
                                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, September 3, 2008:

MINUTE entry before the Honorable Joan B. Gottschall:Government's unopposed motion to exclude time [31] is granted as to Jesus Ivan Vazquez−Ramirez (1), Carlos Beltran (2). Status hearing held on 9/3/2008; ( Status hearing set for 10/29/2008 at 09:30 AM.) The courts grants Defendants' oral motion for extension of time to file pretrial motions by 9/24/2008. Responses by 10/8/2008, Replies by 10/22/2008. Ruling by mail by 11/24/2008. Time is excluded filing through disposition of pretrial motions through 11/24/2008 pursuant to 18:3161(h)(1)(F). Mailed notice (rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.