IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | 08 CR 388 |
| ) | Hon. Joan B. Gottschall |
| JESUS IVAN VAZQUEZ-RAMIREZ ) | |

**DEFENDANT VAZQUEZ-RAMIREZ'S MOTION
TO PRESERVE AND PRODUCE AGENTS' NOTES**

Defendant, Jesus Ivan Vazquez-Ramirez, by his attorney, Richard M. Beuke, respectfully moves this Honorable Court to enter an order requiring the government to preserve and produce any and all notes, memoranda, or other writings prepared by law enforcement agents conducting the investigation which led to the indictment in this case. In support of this motion, the defendant states the following:

1. The indictment in this case is the result of an investigation by federal and perhaps local law enforcement officers, and possibly other agencies. Counsel anticipates that many of these agents will testify on behalf of the government at trial.

2. In order to prepare for trial, the defendant requests that the Court direct the government to produce any and all notes or memoranda prepared by any and all agents and/or law enforcement officers working on or assisting in the investigation, which led to the indictment in this matter.

3. The defendant specifically requests the government to produce any and all notes relative to any statement(s) made by an alleged witness(es) or co-conspirator(s) regarding any conversations with or about the defendant.

4.   Regarding statement(s) made by the defendant, the defendant submits that these notes are subject to disclosure under Federal Rule of Criminal Procedure 16(a)(1)(A), "Statements of Defendant."

5.   If this Court declines to order immediate production of these notes and memoranda, the defendant requests the Court direct the government to preserve any evidence pending trial so that they can be produced if the Court later determines production is required.

WHEREFORE, the defendant respectfully requests this Honorable Court enter an order directing the government to preserve and produce any and all notes, memoranda, or other writings prepared by the government agents and any and all law enforcement officers who participated in the investigation of the matter before the Court.

Respectfully submitted,

/s/ Richard M. Beuke

RICHARD M. BEUKE
53 W. Jackson Blvd., Suite 1410
Chicago, IL 60604
(312) 427-3050