**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| | ) | |
| **vs.** | ) | **08 CR 388** |
| | ) | **Hon. Joan B. Gottschall** |
| | ) | |
| **JESUS IVAN VAZQUEZ-RAMIREZ** | ) | |

**DEFENDANT VAZQUEZ-RAMIREZ'S MOTION FOR NOTICE OF**
**INTENT TO USE EXPERT WITNESS TESTIMONY**

Defendant, Jesus Ivan Vazquez-Ramirez, by his attorney, Richard M. Beuke, respectfully requests this Honorable Court to enter an order directing the United States to give notice of its intent to introduce testimony under Rules 702, 703, and 705 of the Federal Rules of Evidence. In support of this motion, the defendant states the following:

1.      Pursuant to Rule 16(a)(1)(E) of the Federal Rules of Criminal Procedure, the government must disclose, at the defendant's request, a written summary of any testimony the government intends to use under Rules 702, 703, and 705 of the Federal Rules of Evidence during its case-in-chief at trial.

2.      The summary must describe the witness's opinions, the bases and reasons therefore, and the witness's qualifications.

3.      Defendant seeks all bench notes and test results, including graphs, which are the bases and reasons for any chemist's opinions.

4.      The defense believes that the government will call a law enforcement agent to testify regarding the practices of narcotics traffickers. The Seventh Circuit has elucidated these requirements, where a law enforcement agent testifies about the practices of

narcotics traffickers.  *United States v. Duvall*, 272 F.3d 825 (7th Cir. 2001).  The defense requests a written summary of the law enforcement agent's testimony that is in conformance with *Duvall*.

Respectfully submitted,

/s/ Richard M. Beuke

RICHARD M. BEUKE
53 W. Jackson Blvd., Suite 1410
Chicago, IL 60604
(312) 427-3050