UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | 08 CR 388 |
| | ) | Hon. Joan B. Gotschall |
| | ) | |
| JESUS IVAN VAZQUEZ-RAMIREZ | ) | |

**DEFENDANT VAZQUEZ-RAMIREZ'S MOTION FOR
IMMEDIATE DISCLOSURE OF FAVORABLE EVIDENCE**

Defendant, Jesus Ivan Vazquez-Ramirez, by his attorney, Richard M. Beuke, pursuant to Rule 16(a)(1) of the Federal Rules of Criminal Procedure and the principles announced in *Brady v. Maryland*, 373 U.S. 83 (1963), moves this Honorable Court to require the government to disclose immediately any previously undisclosed evidence or information in its possession, custody or control, the existence of which is known, or by the exercise of due diligence may become known, which is favorable to the defendant and is material to the issues of his guilt, innocence, or sentencing, or which consists of documents or tangible objects which are material to the preparation of the defense.

Defense counsel has received from the government certain information and documents pursuant to Local Criminal Rule 6.1  The instant motion is required in order to request additional materials and to preserve on the record any issues under the foregoing authorities, as the protections thereunder are contingent upon a defense request.

The information requested includes, but is not limited to, the following:

1.	Any documentary evidence or information which contradicts or is inconsistent

with the expected testimony of any witness for the government.

2. Any prior statements of the witness for the government, which are inconsistent with his or her expected trial testimony.

3. The name, last known address, and statement, grand jury testimony, or memorandum of interview, if any, of any individual whose testimony would be favorable to the defendant in any way, or consistent with his innocence.

4. Any and all books, papers, records, documents, and evidence favorable to the defendant or consistent with his innocence or material to the preparation of his defense or intended for use by the government as evidence at trial.

                                        Respectfully submitted,

                                        /s/ Richard M. Beuke

RICHARD M. BEUKE
53 W. Jackson Blvd., Suite 1410
Chicago, IL 60604
(312) 427-3050