IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | 08 CR 388 |
| | ) | Hon. Joan B. Gottschall |
| JESUS IVAN VAZQUEZ-RAMIREZ | ) | |

**DEFENDANT VAZQUEZ-RAMIREZ'S MOTION FOR GOVERNMENT'S DISCLOSURE OF 404(B) AND "INTRICATELY RELATED" EVIDENCE**

Defendant, Jesus Ivan Vazquez-Ramirez, by his attorney, Richard M. Beuke, pursuant to Rule 12(b)(2) of the Federal Rules of Criminal Procedure and Rule 104(a) of the Federal Rules of Evidence, respectfully requests that this Honorable Court enter an order requiring the government to file a proffer forthwith of any evidence it may seek to admit pursuant to Rule 404(b) of the Federal Rules of Evidence at least eight weeks prior to trial. The defendant requests that the Court order, as part of this disclosure, that the Government also disclose evidence that it will seek to introduce as "intricately related" so that a ruling may be made before trial whether such evidence is actually 404(b) evidence and is governed by that rule's strictures of admissibility. In support of this motion, the defendant states the following:

1. Rule 404(b) of the Federal Rules of Evidence expressly provides that upon request, the prosecution, in reasonable advance of trial, must provide notice of other act evidence that it intends to introduce against the defendant. Pretrial notice is intended "to reduce surprise and promote early resolution on the issue of admissibility." Fed. R. Evid. 404(b), Notes of the Committee on the Judiciary, Senate Report No. 93-1277 (1991 Amendment).

2.      If the government does intend to introduce Rule 404(b) evidence, the defendant needs sufficient time to investigate the allegations and prepare to meet them. In addition, the defendant needs sufficient time to analyze the evidence and decide whether the evidence truly qualifies as Rule 404(b) or is otherwise admissible, and the Court needs time to consider and decide any objections the defendant may file.

3.      After receiving partial discovery, the defendant requests that any 404(b) evidence to be introduced in this case be produced at least eight weeks prior to trial in order to allow the defense sufficient time to review the evidence and prepare a defense.

4.      Likewise, the government should also disclose, no later than eight weeks prior to trial, what evidence it intends to introduce as "intricately related," so that the defendant has an opportunity sufficiently prior to trial to review the evidence and raise any legal objections.

WHEREFORE, the defendant requests that this Court enter an order requiring the government to file a Rule 404(b) proffer of any proposed other acts by Mr. Vazquez-Ramirez that it may seek to admit, including "intricately related" evidence, at least eight weeks prior to trial.

Respectfully submitted,

/s/ Richard M. Beuke

RICHARD M. BEUKE
53 W. Jackson Blvd., Suite 1410
Chicago, IL 60604
(312) 427-3050