IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | 08 CR 388 |
| | ) | Hon. Joan B. Gottschall |
| JESUS IVAN VAZQUEZ-RAMIREZ | ) | |

**DEFENDANT VAZQUEZ-RAMIREZ'S MOTION FOR
EARLY RETURN OF SUBPOENAS**

Defendant, Vazquez-Ramirez, by his attorney, Richard M. Beuke, pursuant to Rule 17(c) of the Federal Rules of Criminal Procedure and the Sixth Amendment to the United States Constitution, respectfully requests this Honorable Court enter an order permitting the early return of trial subpoenas.

Respectfully submitted,

/s/ Richard M. Beuke

RICHARD M. BEUKE
53 W. Jackson Blvd., Suite 1410
Chicago, IL 60604
(312) 427-3050