UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 08 CR 388 |
| | ) | |
| | ) | The Honorable |
| vs. | ) | Judge Joan B. Gottschall |
| | ) | Presiding |
| JESUS IVAN VAZQUEZ-RAMIREZ, | ) | |
| Defendant. | ) | |

## NOTICE OF FILING

**TO:** Bethany Biesenthal
Assistant U.S. Attorney
219 S. Dearborn, 5th Floor
Chicago, Illinois 60604

**PLEASE TAKE NOTICE** that on September 3, 2008, I have file the following pretrial motions in the above-captioned matter, copies attached hereto are hereby served upon you.

1. Motion to Quash Arrest and Suppress Evidence
2. Motion for Disclosure of Favorable Evidence
3. Motion for Impeachment Evidence and Exculpatory Information
4. Motion for Notice of Expert Testimony
5. Motion to Produce Agents' Notes
6. Motion for 404b Evidence
7. Motion for Severance
8. Motion for Early Return of Subpoenas

## CERTIFICATE OF SERVICE

I, **RICHARD M. BEUKE**, an attorney, certify under penalties of perjury as approved by law pursuant to Ill.Rev.Stat.Ch.110, par.1-109, that on September 3, 2008, I served the above and foregoing Notice of Filing, Motions by using the United States District Court's E-Filing system.

RICHARD M. BEUKE
53 W. Jackson Blvd.
Suite 1410
Chicago, Illinois 60604

/s/ Richard M. Beuke

**RICHARD M. BEUKE**